Raymond H. Royce
LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919
rroyce@roycebrain.com

Attorneys for Plaintiff Universal Welding & Fabrication, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES, for the use and benefit of UNIVERSAL WELDING & FABRICATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and LIBERTY MUTUAL INSURANCE COMPANY PAYMENT BOND NO. 106721293/023038282, <br><br> Defendant. | Case No. 3:20-cv-_____ |

### MILLER ACT COMPLAINT

COMES NOW Plaintiff Universal Welding & Fabrication, Inc. ("Universal"), by and through its counsel of record, the Law Offices of Royce & Brain, and for its Complaint against Defendant Travelers Casualty and Surety Company of America ("Travelers") and Liberty Mutual Insurance Company ("Liberty") Payment Bond. No. 106721293/023038282 hereby states and alleges as follows:

## JURISDICTION AND VENUE

1. Universal is, and at all relevant times was, a corporation organized and existing under the laws of the State of Alaska and registered and in good standing with the State of Alaska, and is in all ways qualified to bring and maintain this action.

2. Universal operates a metal welding and fabrication business in the State of Alaska.

3. Upon information and belief, Travelers is a foreign corporation organized and existing under the laws of the State of Connecticut, authorized to issue payment bonds in the State of Alaska.

4. Upon information and belief, Liberty is a foreign corporation organized and existing under the laws of the State of Massachusetts, authorized to issue payment bonds in the State of Alaska.

5. Upon information and belief, Travelers and Liberty together issued Payment Bond No. 106721293/023038282[1] to Unit-ASRC Construction, LLC/Unit Construction ("Unit"), in its capacity as general contractor on a federal construction project located at Clear AFS, Alaska, known as the CLR039a LRDR MCF Package #1 project ("Project"), under Contract No. W911KB-17-C-0002.

6. This action arises under, and the Court has jurisdiction pursuant to, 40 U.S.C. §3131 *et seq.* ("Miller Act").

---

[1] A true and correct copy of the payment bond is attached as Exhibit A.

Complaint
*Universal Welding & Fabrication, Inc. v. Travelers and Liberty Payment Bond. No. 106721293/023038282*
Case No. 3:20-cv-_____
Page 2 of 5

LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, AK 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

7. Venue is proper pursuant to 40 U.S.C. § 3133(b)(3)(B), as Universal furnished labor, materials, services, and equipment to the Project, the Project is located within the District of Alaska, and Travelers and Liberty issued Payment Bond No. 106721293/023038282 in Alaska.

## FACTUAL ALLEGATIONS

8. Unit entered into a subcontract with Slayden Plumbing & Heating, Inc. ("Slayden") to furnish certain labor, materials, services and/or equipment to the Project.

9. Slayden, in turn, contracted with Universal to perform welding, fabrication, and painting work on the Project pursuant to a subcontract ("Subcontract").

10. Despite demand being made, Slayden has failed and/or refused to pay Universal for all labor, materials, services and/or equipment furnished to the Project in accordance with the Subcontract.

11. As of the date of this filing, a balance of $572,309.70 remains due and owing in connection with labor, materials, services and/or equipment Universal furnished to the Project.

12. Less than one (1) year has elapsed from the last date on which Universal furnished materials to the Project.

13. On October 24, 2019, Universal provided Unit with written notice of its claim on the Project arising out of Slayden's non-payment, in accordance with 40 U.S.C. §3133(b)(2).[2]

---

[2] A true and correct copy of the claim notice is attached Exhibit B.

Complaint
*Universal Welding & Fabrication, Inc. v. Travelers and Liberty Payment Bond. No. 106721293/023038282*
Case No. 3:20-cv-_____
Page 3 of 5

## COUNT I
## CLAIM ON PAYMENT BOND

14. Universal re-alleges and incorporates by reference each of the allegations set forth above.

15. Travelers and Liberty issued Payment Bond No. 106721293/023038282 to Unit pursuant to the Miller Act, for the benefit of all persons/entities supplying labor, materials, services and/or equipment to the Project.

16. Less than one (1) year has elapsed since Universal last furnished labor, materials, services and/or equipment to the Project.

17. Despite demand being made, Slayden has failed to pay the amounts claimed by Universal.

18. Travelers and Liberty are each jointly and severally liable to Universal to the extent of the bond for payment of the balance due from Slayden for the labor, materials, services and equipment Universal furnished for incorporation into the Project, which balance currently totals $572,309.70.

## PRAYER FOR RELIEF

WHEREFORE, Universal prays for the following relief:

A. For judgment against Travelers and Liberty Payment Bond No. 106721293/023038282 in the principal amount of $572,309.70.

LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, AK 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

Complaint
*Universal Welding & Fabrication, Inc. v. Travelers and Liberty Payment Bond. No. 106721293/023038282*
Case No. 3:20-cv-_____
Page 4 of 5

Case 3:20-cv-00200-TMB   Document 1   Filed 08/18/20   Page 4 of 5

B.  For an award of costs, interest, and attorney's fees as allowed by law incurred in bringing and maintaining this action.

C.  For such other and further relief as this Court deems just and equitable.

DATED at Anchorage, Alaska, this __17__ day of August, 2020.

LAW OFFICES OF ROYCE & BRAIN
Counsel for Plaintiff

*/s/ Raymond H. Royce III*
Raymond H. Royce III, Esq.
Alaska Bar Association No. 8206060

LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, AK 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

Complaint
*Universal Welding & Fabrication, Inc. v. Travelers and Liberty Payment Bond. No. 106721293/023038282*
Case No. 3:20-cv-_____
Page 5 of 5
Case 3:20-cv-00200-TMB   Document 1   Filed 08/18/20   Page 5 of 5

Bond # 106721293 / 023038282

| PAYMENT BOND | DATE BOND EXECUTED *(Must be same or later than date of contract)* | OMB Control Number: 9000-0045 |
|---|---|---|
| *(See instructions on reverse)* | 05/02/2017 | Expiration Date: 7/31/2019 |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 60 minutes to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* |
|---|---|
| UNIT - ASRC Construction, LLC<br>3900 C Street, Suite 301<br>Anchorage, AK 99503 | [ ] INDIVIDUAL  [ ] PARTNERSHIP  [ ] JOINT VENTURE<br>[ ] CORPORATION  [X] OTHER *(Specify)* LLC |
| | STATE OF INCORPORATION<br>Alaska |

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| Travelers Casualty and Surety Company of America<br>One Tower Square<br>Hartford, CT 06183 | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 112 | 949 | 720 | 00 |
| Liberty Mutual Insurance Company<br>175 Berkeley Street<br>Boston, MA 02116 | CONTRACT DATE<br>04/28/2017 | | CONTRACT NUMBER<br>W911KB-17-C-0002 | |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| UNIT - ASRC Construction, LLC | | PRINCIPAL | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *(signed)* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. Brady Strahl<br>Managing Member | 2. | 3. | |

| INDIVIDUAL SURETY(IES) | | |
|---|---|---|
| SIGNATURE(S) | 1. (Seal) | 2. (Seal) |
| NAME(S) *(Typed)* | 1. | 2. |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | Travelers Casualty and Surety Company of America, One Tower Square, Hartford, CT 06183 | STATE OF INCORPORATION<br>Connecticut | LIABILITY LIMIT<br>$56,474,860.00 |
| | SIGNATURE(S) | 1. *(signed)* | 2. | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. Christin M. Hubble<br>Attorney-in-Fact | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 25A (REV. 8/2016)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

| | | CORPORATE SURETY(IES) *(Continued)* | | | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | Liberty Mutual Insurance Company<br>175 Berkeley Street, Boston, MA 02116 | STATE OF INCORPORATION<br>Massachusetts | LIABILITY LIMIT<br>$56,474,860.00 | Corporate Seal |
| | SIGNATURE(S) | 1. *[signature]* | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. Christin M. Hubble<br>Attorney-in-Fact | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT<br>$ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT<br>$ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT<br>$ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT<br>$ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT<br>$ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under 40 USC Chapter 31, Subchapter III, Bonds. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitations listed therein. The value put into the LIABILITY LIMIT block is the penal sum (i.e., the face value) of the bond, unless a co-surety arrangement is proposed.

   (b) When multiple corporate sureties are involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identifier corresponding to each of the sureties. Moreover, when co-surety arrangements exist, the parties may allocate their respective limitations of liability under the bonds, provided that the sum total of their liability equals 100% of the bond penal sum.

   (c) When individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the words "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

STANDARD FORM 25A (REV. 8/2016) BACK

Law Offices of
# Royce & Brain
*1407 W. 31st Avenue, 7th Floor*
*Anchorage, Alaska 99503-3678*

*Raymond H. Royce\**
*Michael A. Brain*
*Jason J. Ruedy*
*Taylor B. McMahon*
*Nicholas M. Martin*

*Telephone (907) 258-6792*
*Facsimile (907) 276-2919*

*\* ALSO ADMITTED IN MASSACHUSETTS*

<u>VIA REGISTERED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

October 24, 2019

Unit-ASRC Construction, LLC
3900 C Street, Suite 301
Anchorage, Alaska 99503-5965

Unit Company
620 East Whitney Road
Anchorage, Alaska 99501

Re:     Miller Act Claim Notice
        Project: CLR039a LRDR MCF Package #1
        Principal: Unit-ASRC Construction, LLC/Unit Construction
        Amount: $977,189.77
        Our Client: Universal Welding & Fabrication, Inc.
        Our File No.: 2745.01

To Whom It May Concern:

This office represents Universal Welding & Fabrication, Inc. ("Universal") in connection with certain labor, materials, services and/or equipment furnished to Slayden Plumbing & Heating, Inc., a subcontractor of Unit-ASRC Construction, LLC and/or Unit Construction on the CLR039a LRDR MCF Package #1 project ("Project") at Clear AFS, Alaska.

This Notice is provided to you under The Miller Act, 40 U.S.C. §§ 3131–3134. Currently, Universal is owed Nine Hundred Seventy-Seven Thousand One Hundred Eighty-Nine and 77/100 dollars ($977,189.77) in connection with the labor, materials, services and/or equipment furnished to Slayden Plumbing & Heating, Inc. for incorporation into the Project. Universal has furnished labor, materials, services and/or equipment to the Project within ninety (90) days of the date of this notice. Universal reserves all rights afforded to it under The Miller Act to bring a civil action on the payment bond on this Project to

Unit-ASRC Construction, LLC and/or Unit Company
October 24, 2019
Page 2

recover on its claim. Request is hereby made that you immediately produce an accurate and complete copy of the payment bond to this office.

Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

ROYCE & BRAIN

RAYMOND H. ROYCE III

RHR/mhm

cc:  Universal Welding & Fabrication, Inc.

Slayden Summary

| Invoice# | Invoice Date | Description | Invoice Total | Paid | Check Date | Balance |
|---|---|---|---|---|---|---|
| 9100.01Rev | 5/13/2019 | Antenna Cooling Room | 31,878.68 | 31878.68 | 6/10/2019 | - |
| 9100.02Rev | 06/13/2019 | Antenna Cooling Room | 6,561.0900 | | | 6,561.09 |
| 2019006.04 | 08/12/2019 | CLR039a LRDR MCF, Const Pkg #1 | 336,600.0000 | | | 336,600.00 |
| 2019006.03Rev1 | 07/17/2019 | CLR039a LRDR MCF, Const Pkg #1 | 287,550.0000 | | | 287,550.00 |
| 2019006.02Rev1 | 06/12/2019 | CLR039a LRDR MCF, Const Pkg #1 | 398,250.0000 | 356,404.5400 | 8/14/2019 | 41,845.46 |
| 2019006.01Rev3 | 05/13/2019 | CLR039a LRDR MCF, Const Pkg #1 | 70,275.0000 | 68,966.0000 | 6/10/2019 | 1,309.00 |
| 2019006.05 | 08/28/2019 | CLR039a LRDR MCF, Const Pkg #1 | 252,600.0000 | | | 252,600.00 |
| | | | 1,383,714.7700 | 457,249.2200 | | 926,465.55 |
| | | | | | | |
| 11761 | 7/11/2019 | 240 LF 4X4 TS paint also | 13,464.15 | | | 13,464.15 |
| 11755 | 7/11/2019 | Water Softener Seismic Skid | 1,969.37 | | | 1,969.37 |
| 11767 | 7/11/2019 | Buy/Paint with Corothane | 8,375.37 | | | 8,375.37 |
| 11747 | 7/11/2019 | Painting Pipe Stands | 1,819.37 | | | 1,819.37 |
| 11756 | 8/12/2019 | Thermal Arc Spray Rain Leaders | 2,567.05 | 2567.05 | 10/7/2019 | |
| 11775 | 8/16/2019 | Thermal Arc Spray Roof Drains | 2,775.01 | | | 2,775.01 |
| 11788 | 8/16/2019 | Blast & Paint 8 Square Tubes | 3,035.51 | | | 3,035.51 |
| 11786 | 8/28/2019 | 4'x4' Plate | 2,526.50 | | | 2,526.50 |
| 11793 | 8/28/2019 | Plate, Angle, and W6 | 14,842.54 | | | 14,842.54 |
| 11807 | 8/28/2019 | Painted Angle | 1,916.60 | | | 1,916.60 |
| | | | 53,291.47 | | | 50,724.42 |
| | | | | | TOTAL | 977,189.97 |